UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
SOUTHERN DIVISION
at DAYTON

| | |
|---|---|
| ANDREW CARTER, ANTHONY TURCO, LAURA RALPH, and JAMES RALPH, individually and on behalf of all other Ohio residents similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF INDIANA, LM INSURANCE CORPORATION, and LIBERTY MUTUAL FIRE INSURANCE COMPANY<br><br>Defendants. | Case No.: 3:20-cv-00002 |

## ORDER

This matter is before the undersigned on the Joint Motion to Stay to Allow Settlement Negotiations. Having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED that the Motion shall be **GRANTED**, and this Action is **STAYED** to allow the parties to focus their efforts on settlement negotiations. The parties are **DIRECTED** to provide a status update to the Court within thirty (30) days of entry of this Order.

June 10, 2020              *s/Thomas M. Rose
                           _____
                           UNITED STATES DISTRICT JUDGE