# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# at DAYTON

| | |
|---|---|
| RYAN SCHULTE, individually and on behalf of all other Ohio residents similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>Defendant. | Case No. 3:19-cv-00026<br><br>Judge Thomas M. Rose |
| ANDREW CARTER, ANTHONY TURCO, LAURA RALPH, and JAMES RALPH, individually and on behalf of all other Ohio residents similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF INDIANA, LM INSURANCE CORPORATION, and LIBERTY MUTAL FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:20-cv-00002<br><br>Judge Thomas M. Rose |

**PLAINTIFFS' MOTION FOR SERVICE AWARDS TO CLASS REPRESENTATIVES AND AWARDS OF ATTORNEYS' FEES, COSTS, AND EXPENSES TO CLASS COUNSEL**

Pursuant to Rule 23(e) and (h) and Rule 54(d)(2) of the Federal Rules of Civil Procedure and the Parties' Settlement Agreement, Plaintiffs Ryan Schulte, Andrew Carter, Anthony Turco, and Laura Ralph and James Ralph (collectively, "Plaintiffs"), respectfully move the Court in the above-captioned action for an Order granting Plaintiffs' Motion for Service Awards to Class

Representatives and Awards of Attorneys' Fees, Costs and Expenses to Class Counsel. Specifically, Plaintiffs respectfully move the Court for the following awards:

1. Attorney's fees to Class Counsel in the amount of $3,414,617.86 (or approximately 17.08% of the total benefit made available to the class and without any reduction in the payments to be made to class members);

2. Litigation costs and expenses to Class Counsel in the amount of $16,641.93 that were incurred in prosecuting this class action; and

3. Service awards to each of the class representative Plaintiffs in the amount of $7,500 each for their service to the Settlement Class.

This Motion is based upon the Parties' Settlement Agreement and supporting documents, and the entire files and proceedings herein.

For the reasons set forth in the accompanying Memorandum of Law and accompanying Declarations of Plaintiffs' counsel, Plaintiffs respectfully request that the Court grant this Motion.

        Respectfully submitted,

        _/s/_ *Stephen G. Whetstone*
        STEPHEN G. WHETSTONE (0088666)
        Email: steve@whetstonelegal.com
        Whetstone Legal, LLC
        P.O. Box 6
        2 N. Main Street, Unit 2
        Thornville, Ohio 43076
        Telephone: 740.785.7730
        Facsimile:  740-205-8898

        and

        Erik D. Peterson (*pro hac vice*)
        MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, PLLC
        201 West Short Street, Suite 800
        Lexington, KY 40507
        T: 859.225.3731
        edp@austinmehr.com

        *Class Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed and served via the Court's ECF filing system which will send electronic notices of same to all counsel of record on this the 11th day of May, 2021.

        _/s/_ *Stephen G. Whetstone*