# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ANDREW CARTER, et al )<br>*Plaintiff* )<br>v. )<br>Safeco Ins Co of Indiana et al )<br>*Defendant* ) | Civil Action No. 3:20-cv-00002 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 54(b), the Court hereby enters Final Judgment .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for FINAL APPROVAL TO CLASS ACTION SETTLEMENT .

Date: 5/20/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*